IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GLORIA ABRAHAMSON,

                Plaintiff,

    v.

                                              Case No. 16-cv-699-wmc

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

                Defendant.

JUDGMENT IN A CIVIL CASE

       IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff

Gloria Abrahamson reversing the decision of Nancy A. Berryhill, Acting Commissioner of

Social Security and remanding this case for further proceedings under sentence four of

Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

| | |
|---|---|
| s/ K. Frederickson, Deputy Clerk | 3/15/2019 |
| Peter Oppeneer, Clerk of Court | Date |